# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

-FILED-
AUG 25 2023
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

Da'Nadrea Alexis Miller
Borraine C. East

[You are the PLAINTIFF, print your full name on this line.]

Judge M. McDermott
v. Commissioner
Benjamin T. Ballou

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number 2:23CV204

[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | Judge M. McDermott / Commissioner Benjamin Ballou | Lake County Circuit Court, Lake County Government Center, 2293 N. Main Street, Crown Point, Indiana 46307 |
| 2 | Franciscan Health Crown Point / Dr. Shaabau (ER Doctor) / Regional Mental Health | 1201 S. Main Street, Crown Point IN 46307 / 8585 Taft Street, Merrillville, IN 46410 |
| 3 | Dr. Klocker - 8585 Taft Street - Methodist Hospitals - 600 Grant Street / Lake County Sheriff Dept.- Sheriff / Lake County Officer Hurst | Merrillville IN 46410 / Gary, IN 46402 / 2293 N. Main Street, Crown Point, IN 46307 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? _____

2. What is your address? 1492 W. 131st Court, Crown Point, Indiana 46307

3. What is your telephone number: (312) 730-0245

4. Have you ever sued anyone for these exact same claims?
   - ☒ No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

    **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

    **DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On or around June 21, 2021 my daughter got sick on my birthday (so I took her to thee Franciscan Health Crown Pointer Dept.) My daughter had a severe case of anxiety with severe case of Post Traumatic Stress Syndrome (due to a severe childhood violation) she thought telling would get her thee help she needed - which we was thinking was right thing to do. Instead this was a total nightmare that will not end. Thee ER doctors, thee Police (LCSD), thee Commissioner Benjamin Barron, Regional caused problems that my child, myself, and thee rest of my entire family now left traumatized (scarred) us all for rest of our life. Thee biggest thing that happen on 6/21/2021 my child was taken from me at 3:00 am in thee morning (as my child and I were like slaves being sold) definitely racist Commissioner Benjamin Barron and racist crew to state.



[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. MOTION FILED TO AMEND COMPLAINT
 Your Honorable Judge,
 I, Ms. Lorraine C. East-Pettigrew, am filing this motion with the Court to Amend this Civil Complaint 8/25/23 Requesting that Attorney Scott Sauerbier be removed from this case. Requesting that Officer Hurst from Lake County Sheriff Department be added. Requesting that Methodist Hospitals and Methodist Hospital Dr. M Castelino be added to this Civil Case 8/25/2023. Please accept motion to proceed in forma pauperis signed separately by Pa'Landrea Alexis Miller along with Civil Complaint (Amended) signed by Pa'Landrea Alexis Miller - for both. New Address: P.O. Box 1492 Crown Point IN 46308. Your Honorable Judge of this Court I pray that this Acceptable Thank You In Advance

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

Commissioner Barron and Judge McDermott had no right to remove my child (unedited file). They continue to follow my cases in courts causing my entire family to go through very bad excruciating pain, stress, and hate. Extremely emotionally. It needs to be punished and stopped.

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?
☑ No.
◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

My child has been misdiagnosed. Cost the doctors with creating her records so she can further education in military (damage for pain/stress). Grant change of judge/venue. End these pending cases so we can go on with life. God fix the rest.

FILING FEE – Are you paying the filing fee?

◯ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

☑ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_[initialed]_ I will keep a copy of this complaint for my records.
_[initialed]_ I will promptly notify the court of any change of address.
_[initialed]_ I declare **under penalty of perjury** that the statements in this complaint are true.

_____     _____
Signature                                                         Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]