# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

LORRAINE C EAST

LA'NADREA ALEXIS MILLER

    Plaintiffs

  v.

                                                    Civil Action No.  2:23-cv-204

M MCDERMOTT, *Judge*
*also known as* Marissa McDermott

BENJAMIN T BALLOU, *Commissioner*
*also known as* B T Ballou
*also known as* B Ballou

FRANSISCAN HEALTH CROWN POINT

SHAABAN FANDEL, *Dr, (ER Doctor)*

REGIONAL MENTAL HEALTH CENTER

LAKE COUNTY SHERIFF DEPT, *Sheriff*

KLOOKER, *Dr*

SCOTT SEVILLE, *City Attorney*
*TERMINATED: 08/25/2023*

METHODIST HOSPITALS

HURST, *Lake County Officer*

    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

AO 450 (Rev. 01/09)   Judgment in a Civil Action

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

_X_ Other: <u>The Fourth Amended Complaint is DISMISSED without prejudice as to Plaintiff Lorraine C. East pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim and as to Plaintiff La'Nadrea Alexis Miller for failure to prosecute pursuant to the Court's inherent authority.</u>

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Theresa L Springmann.

DATE: 4/8/2024                    CHANDA J. BERTA, CLERK OF COURT


                                  by   s/A. Highlen_____
                                  *Signature of Clerk or Deputy Clerk*