UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE, INDIANA

Lorraine C. East
and
La'Laurea Grexis Miller
           PLAINTIFFS

VS.  CAUSE NO: 2:23-CV-204-TLS-JEM

M. McDermott, Judge a/k/a Marissa McDermott; Benjamin T. Ballou, Commissioner; Franciscan Health Crown Point; Dr. Shaaban Hamed (ER Doctor); Regional Mental Health Center; Lake County Sheriff Dept; Dr. Klocker; Methodist Hospitals; and Hurst, Lake County Officer
           DEFENDANTS

DATE: APRIL 30, 2024

NOTICE OF APPEAL
Final Judgement, Final Order
Final Opinion and Order
Docket 22 Docket 23

Power of Attorney Documents Included
Thank Thee Lord Jesus Dear Father God For All

-FILED-
MAY 02 2024
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA