# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

October 3, 2024

To:  Chanda J. Berta
   UNITED STATES DISTRICT COURT
   Northern District of Indiana
   Hammond, IN 46320-0000

| | |
|---|---|
| No. 24-1785 | LORRAINE C. EAST and LA'NADREA A. MILLER,<br>Plaintiffs - Appellants<br><br>v.<br><br>MARISSA MCDERMOTT, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 2:23-cv-00204-TLS-JEM<br>Northern District of Indiana, Hammond Division<br>District Judge Theresa L. Springmann | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                    No record to be returned

form name: **c7_Mandate**   (form ID: **135**)